180 So. 903

**A. M. WOODARD v. STATE.**

**8 Div. 702.**

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.